[No. 17706-1-I. Division One. December 21, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGER HANFORD THAYER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85-1-01548-3, Robert E. Dixon, J., entered

January 7, 1986. *Reversed* by unpublished opinion per Williams, J. Pro Tem., concurred in by Ringold, A.C.J., and Pekelis, J.